UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 02:03-CR-00500-LRH (LRL) |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| LANCE MALONE, MARY KINCAID- ) | |
| CHAUNCEY, and DARIO HERRERA, ) | |
| ) | |
| Defendants. ) | |

Presently before the court is defendant Lance Malone's Motion for Discovery of Expert Witnesses Testimony and Related Materials (Docket No. 96). The Government has filed an opposition (Docket No. 112). No reply has been filed.

Mr. Malone is seeking discovery of expert witness testimony pursuant to rule 16 of the Federal Rules of Criminal Procedure. The Government has acknowledged its obligation pursuant to rule 16(a)(1)(G) to provide advance notice and a written summary of any expert testimony that the government expects to introduce at trial.

IT IS THEREFORE ORDERED that Lance Malone's Motion for Discovery of Expert Witnesses Testimony and Related Materials (Docket No. 96) is hereby GRANTED. The

///

///

///

1  Government shall comply with its obligations pursuant to rule 16 of the Federal Rules of Criminal
2  Procedure.
3      IT IS SO ORDERED.
4      DATED this 12th day of January, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE