UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 02:03-CR-00500-LRH-LRL |
| v. | ) | |
| | ) | ORDER |
| LANCE MALONE, et al., | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Lawrence R. Leavitt (# 469[1]), entered on July 24, 2006, in which Judge Leavitt recommends that Defendant's Motion to Suppress the Fruits of Unlawful Surreptitious Electronic Surveillance and Wiretaps (# 94) be denied. No objections have been filed. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS and ACCEPTS the Report and Recommendation of the United States Magistrate Judge (# 469).

///

///

///

---

[1] Refers to the court's docket number.

1  IT IS THEREFORE ORDERED that Defendant's Motion to Suppress the Fruits of
2  Unlawful Surreptitious Electronic Surveillance and Wiretaps (# 94) is hereby DENIED.
3  IT IS SO ORDERED
4  DATED this 25th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE