# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:03-cr-00500-LRH-VCF |
| Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LANCE MATTHEW MALONE, ) | |
| ) | |
| Defendant/Judgment Debtor, ) | |
| ) | |
| and ) | |
| ) | |
| MASS MUTUAL FINANCIAL GROUP, ) and its successors or assigns, ) | |
| ) | |
| Garnishee. ) | |

This matter is before the Court on the Writ of Garnishment (ECF No. 652), the Answer of the Garnishee (ECF No. 655), and the United States Notice of Non-Objection, filed March 2, 2017.

In response to the Writ of Garnishment, the Garnishee filed its Answer on April 4, 2017, stating that at the time of service of the Writ it had in its possession, custody or control, property belonging to or due the debtor with an approximate cash value of $64,073.24 for life insurance and $199,300.09 for deferred compensation. Having been duly served, the 20-day time period for the Defendant/Judgment Debtor Lance Malone to request a hearing and file written objections under either 28 U.S.C. § 3202(d) or 28 U.S.C. § 3205(c)(5) has passed. Consequently, the United States is entitled to entry of an order "directing the garnishee as to the disposition" of the property identified in the Garnishee's answer. *See* 28 U.S.C. § 3205(c)(7). Accordingly,

**IT IS HEREBY ORDERED** that the Garnishee Mass Mutual Financial Group pay over

1

to the Clerk of Court $105,837.93 from Defendant/Judgment Debtor's deferred compensation account for satisfaction of the outstanding debt owed by the Defendant/Judgment Debtor as a result of the judgment in this matter. The payment shall be made payable to **CLERK, U.S. DISTRICT COURT** and mailed directly to:

> CLERK, U.S. DISTRICT COURT
> 333 Las Vegas Boulevard South, Room 1334
> Las Vegas, Nevada 89101

The payment shall clearly identify both the name of the Defendant/Judgment Debtor (Lance Matthew Malone) and the case number (2:03-cr-500-LRH-VCF) to permit for efficient processing.

**IT IS FURTHER ORDERED** that upon receipt of the payment, the Clerk of Court shall credit the funds for satisfaction of the judgment as follows: (1) $45,918.83 shall be credited for satisfaction of the principal amount of the fine that remains owing, (2) $26,436.40 shall be credited for satisfaction of the interest that has accrued on the fine, and (3) $33,282.62 for satisfaction of the Court's order of repayment of the CJA fund.

**IT IS FURTHER ORDERED** that upon receipt of the payment, the United States shall provide a written accounting to the Garnishee and Defendant/Judgment Debtor pursuant to 28 U.S.C. § 3205(c)(9).

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 15th day of May, 2017.